UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:11-cr-99 |
| v. ) | |
| ) | COLLIER / LEE |
| TABATHA HAMMONS ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the five-count Indictment (2) accept Defendant's plea of guilty to the lesser offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with the intent to distribute crack cocaine, heroin, and marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and (D); (3) adjudicate Defendant guilty of the lesser offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with the intent to distribute crack cocaine, heroin, and marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and (D); (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter (Court File No. 57). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 57) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the lesser offense of the charge in Count One of the

Indictment, that is of conspiracy to distribute and possess with the intent to distribute crack cocaine, heroin, and marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and (D) is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the lesser offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with the intent to distribute crack cocaine, heroin, and marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and (D) ;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place on **Thursday, August 9, 2012 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

                                          **/s/**
                                          **CURTIS L. COLLIER**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**